

**FILED**

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0535

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0535

_____

IN THE MATTER OF ROBERT B. FLEMING,

An Attorney at Law,                                        O R D E R

Respondent

_____

On September 18, 2023, the Office of Disciplinary Counsel (ODC) filed a Petition for Reciprocal Discipline of Montana attorney Robert B. Fleming, pursuant to Rule 27A of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). ODC has provided the Court with a certified copy of a July 26, 2022 Order of Admonition and Costs of the Supreme Court of the State of Arizona, admonishing Fleming for violating specified Rules of the Supreme Court of Arizona.

Pursuant to MRLDE 27B,

IT IS HEREBY ORDERED that Robert B. Fleming is granted until October 20, 2023, in which to inform this Court of any claim predicated upon the grounds set forth in MRLDE 27D as to why discipline identical to that imposed in Arizona should not also be imposed in Montana.

The Clerk is directed to provide a copy of this Order and a copy of the Arizona Supreme Court's July 26, 2022 Order of Admonition and Costs to Respondent Fleming and a copy of this Order to ODC.

DATED this 19th day of September, 2023.

FILED

SEP 1 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

For the Court,

_____
Chief Justice